# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 655
:
ORDER AMENDING RULES : CIVIL PROCEDURAL RULES
410, 430, AND 1065 AND :
ADOPTING RULE 1064 OF THE : DOCKET
PENNSYLVANIA RULES OF CIVIL :
PROCEDURE :

## ORDER

**PER CURIAM**

AND NOW, this 29th day of November, 2016, upon the recommendation of the Civil Procedural Rules Committee; the proposal having been published for public comment at 45 *Pa.B.* 1249 (March 14, 2015):

IT IS ORDERED pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 410, 430, and 1065 of the Pennsylvania Rules of Civil Procedure are amended in the attached form, and that Rule 1064 of the Pennsylvania Rules of Civil Procedure is adopted in the attached form.

This ORDER shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective January 1, 2017.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.